Dr. Liang Zhang
851 Keith Lane
Santa Clara, CA 95054
(408) 235-8574

Plaintiff

FILED

2007 NOV 15 P 12: 18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid
SA
ksn (99)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

Dr. Liang Zhang,

    Plaintiff

v.

*Michael Chertoff*, as Secretary of the Department
of Homeland Security;
*Emilio T Gonzales*, Director of U.S. Citizen and
Immigration Services;
*Robert S. Muller*, Director of Federal Bureau of
Investigation

    Defendants

C07 05804 RS

CIVIL ACTION
NO._____

PLAINTIFF'S ORIGINAL COMPLAINT
FOR WRIT IN THE NATURE OF
MANDAMUS & DECLARATORY JUDGEMENT

NOW come the Plaintiff, Dr. Liang Zhang, by and through Pro Se, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of an I-485 Application filed by the Plaintiff, Dr. Liang Zhang. The application was filed and remains within the jurisdiction of the Defendants, who have improperly handled and delayed processing the application to Plaintiff's detriment.

1

## PARTIES

2. Plaintiff, Dr. Liang Zhang is a native and citizen of People's Republic of China. Dr. Zhang originally entered the U.S. as a graduate student on F-1 visa in 1999 to attend Rutgers University, in New Jersey. Later, he transferred to Virginia Tech and received his PhD in 2005 there. Dr. Zhang, resides at 851 Keith Lane, Santa Clara, CA, 95054, alien number A09650735, is the beneficiary of an I-485, Application to Register Permanent Resident or Adjustment of Status, sponsored by his wife Dr. Xiao Yan Yu, a U.S. Citizen, filed with the USCIS on June 23, 2005.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

4. Defendant Emilio T Gonzales is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

5. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases.

## JURISDICTION

6. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

7. Venue is proper in this court, pursuant to 28 USC §1391(e), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

8. The Plaintiff has exhausted his administrative remedies. The Plaintiff has supplied the USCIS and FBI documents that clearly establish his eligibility to Register Permanent Resident or Adjust Status.

## CAUSE OF ACTION

9. Plaintiff properly filed I-485, Application to Register Permanent Resident or Adjust Status, sponsored by his wife Dr. Xiao Yan Yu, a U.S. Citizen, pursuant to Section 245 of the Immigration & Naturalization Act on June 23, 2005. Attached hereto as **Exhibit A** in an acknowledgement document by the USCIS.

10. Plaintiff has already been through 2 Fingerprinting processes on Sept 02, 2005 and Sept Aug 1, 2007 and submitted to USCIS the respective dates when they were filed in 2005 and 2007. Plaintiff has already used 3 EAD (Employment Authorization Department) cards and 3 Travel Parole Applications that were granted to them by USCIS due to pending I-485 application.

11. On Feb, 2006, Plaintiff and his wife went to USCIS San Jose local office for immigration interview. Plaintiff was told that a routine security checks on his case was pending and that once the checks were completed his application will be approved.

12. By the end of 2006, Plaintiff contacted the office of Zoe Lofgren, Congresswomen of 16th District of California, for using the Congressional Assistance as the correct procedure to approach.

13. By the end of 2006, Plaintiff decided to file a FOIPA(Freedom of Information Privacy Act) to see if the reason behind the FBI Name Check Clearance delay was due to a Record in the FBI Central Record System(CRS.

14. On Jan 24, 2007, Plaintiff received the letter, attached hereto as **Exhibit B,** from the office of Zoe Lofgren, stating that they will immediately follow up with USCIS and FBI.

15. On Feb 2, 2007, Plaintiff, got a response back from David M. Hardy, Section Chief of CRS stating that there were "No Records" or "Hits" in the system based on the name provided by the Plaintiff. Attached hereto as **Exhibit C**. This is the same system coincidently that the FBI make repeated Name Check inquiries against on behalf of USCIS for all applicants filing for Permanent Residency in the light of September 11, 2001.

16. On April 10, 2007, a letter from congresswoman, Zoe Lofgren, hereto as **Exhibit D** shows that Defendant stated that the Plaintiff's request has been on record since July 14,

2005, and is currently in a pending status and they are working as expeditiously as possible.

17. The Plaintiff has been greatly damaged by the failure of Defendants to act in accord with their duties under the law.
    (a) Specifically, Plaintiff, Dr. Liang Zhang, has been unable to obtain legal permanent residence, travel and work without restriction and accrue time to be eligible for Naturalization as a citizen of the United States.
    (b) Plaintiff Liang Zhang and his family suffered significant financial loss due to above-mentioned employment restriction. Specifically, Plaintiff, Liang Zhang was suspended from his work after July 30, 2007, when his previous Employment Authorization Document (EAD) expired. Plaintiff Liang Zhang was only allowed to return to work after his new EAD becomes valid on Aug 17, 2007.

18. The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 et seq., are unlawfully withholding action on the Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regards to the Plaintiff's case.

19. Though the role of Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants actions in adjudicating the Plaintiff's case have clearly gone beyond the expected 120 days to 1 year processing time and have failed to adhere to their own regulations.

20. The defendants have failed to properly adjudicate this petition. They have failed to adhere to their own regulations and have improperly delayed the processing of the Plaintiff's I-485 Application after the Plaintiff had submitted a properly executed application. It has been **29** months since the Plaintiff has filed his I-485 application.

21. Defendants have clearly not adjudicated or enquired on behalf of the Plaintiff since June 23, 2005. If the Defendants would have even checked the Name Check inquiry a year later they would have found out that the Plaintiff has had "No Record" or "Hit" in the CRS system. 29 months for a FBI Name Check Clearance when the Plaintiff has "No Record" or "Hit" is not right.

22. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements and complete the processing procedures. The Plaintiff has done everything to get his case Adjudicated but the Defendants have clearly not given the Plaintiff any form of relief.

23. Defendants' delay in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have inappropriately refused to adjudicate the petition, thereby depriving them of the rights to which the Plaintiff and derivative beneficiary are entitled.

## PRAYER

24. WHEREFORE, in view of the arguments and authority noted herein, the Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring Defendants to properly adjudicate Plaintiff's application for action on an approved petition;
    (b) requiring Defendants to provide the Plaintiff with a Notice of Approval;
    (c) granting such further relief as this Honorable Court may deem just and proper.

Respectfully Submitted,

_____
Dr. Liang Zhang
**PRO SE**
851 Keith Lane
Santa Clara, CA, 95054
Telephone (408)235-8574
Facsimile (408)914-6201
liang@vt.edu

## EXHIBITS

EXHIBIT A    USCIS Receipt Notices.
EXHIBIT B    Letters from Congresswoman regarding follow up with FBI
EXHIBIT C    Letters from FBI regarding "No Records" for FOIPA request
EXHIBIT D    Letters from Congresswoman regarding FBI's feedback pending security checks

# THE UNITED STATES OF AMERICA

| Receipt Number:<br>MSC-05-272-30295 | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|
| Received Date:<br>June 23, 2005 | Priority Date: | Applicant: A096560735<br>ZHANG, LIANG |
| Notice Date:<br>July 01, 2005 | Page 1 OF 1 | ASC Code: 3 |

| ALAN TAFAPOLSKY<br>90 NEW MONTGOMERY ST 8TH FLOOR<br>SAN FRANCISCO CA 94105 | Notice Type: Receipt Notice<br><br>Amount Received: $385.00 |

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

**FINGERPRINTING AND BIOMETRICS-**
The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833.**

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

**WHAT TO BRING TO Your appointment -**
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

**CASE STATUS -**
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

| U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES<br>P.O. Box 648005<br>Lee's Summit, MO 64064<br>National Customer Service Center: 1-800-375-5283 |  |

5106148   0002480441   Form I-797C (Rev. 11/28/03) N

**ZOE LOFGREN**
16TH DISTRICT, CALIFORNIA

- **COMMITTEE ON THE JUDICIARY**
  SUBCOMMITTEE ON COURTS, THE INTERNET, AND INTELLECTUAL PROPERTY
  SUBCOMMITTEE ON IMMIGRATION, BORDER SECURITY, AND CLAIMS

- **COMMITTEE ON HOMELAND SECURITY**
  SUBCOMMITTEE ON INTELLIGENCE, INFORMATION SHARING, AND TERRORISM
  RISK ASSESSMENT, **RANKING MEMBER**
  SUBCOMMITTEE ON ECONOMIC SECURITY, INFRASTRUCTURE PROTECTION, AND CYBERSECURITY
  SUBCOMMITTEE ON MANAGEMENT, INTEGRATION, AND OVERSIGHT

- **COMMITTEE ON HOUSE ADMINISTRATION**

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0516

PLEASE RESPOND TO:
☐ 102 CANNON HOUSE OFFICE BUILDING
  WASHINGTON, DC 20515
  (202) 225-3072
  (202) 225-3336 (FAX)

☐ 635 NORTH FIRST STREET
  SUITE B
  SAN JOSE, CA 95112
  (408) 271-8700
  (408) 271-8713 (FAX)

☐ zoe.lofgren@mail.house.gov
  www.house.gov/lofgren

January 24, 2007

Dr. Liang Zhang
1212 Pipe Dream Ct
San Jose, CA 95122-2615

Dear Dr. Zhang:

Thank you for contacting my office regarding your name check through the Federal Bureau of Investigation (FBI) in conjunction with your I-485, Application to Adjust Status to Legal Permanent Resident.

We will immediately follow up with the United States Citizenship and Immigration Services (USCIS) and the FBI and will notify you as soon as we have a response.

Please be assured that we will let you know if there are any unexpected delays. In the meantime, if you have any additional questions, please feel free to contact JoAnn Yamani of my staff who is assisting me with your case. She can be reached at (408) 271-8700.

It is a pleasure serving you, and I look forward to providing you with an answer as soon as possible.

Sincerely,

Zoe Lofgren
Member of Congress

ZL:jy



U.S. Department of Justice

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

February 2, 2007

MR LIANG ZHANG
1212 PIPE DREAM COURT
SAN JOSE, CA 95122

Request No.: 1068670- 000
Subject: ZHANG, LIANG

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**ZOE LOFGREN**
16TH DISTRICT, CALIFORNIA

**COMMITTEE ON THE JUDICIARY**
SUBCOMMITTEE ON COURTS, THE INTERNET
AND INTELLECTUAL PROPERTY
SUBCOMMITTEE ON IMMIGRATION,
BORDER SECURITY, AND CLAIMS

**COMMITTEE ON SCIENCE**
SUBCOMMITTEE ON ENVIRONMENT, TECHNOLOGY
AND STANDARDS
SUBCOMMITTEE ON RESEARCH

**SELECT COMMITTEE ON HOMELAND SECURITY**
SUBCOMMITTEE ON CYBERSECURITY, SCIENCE AND
RESEARCH & DEVELOPMENT, **RANKING MEMBER**
SUBCOMMITTEE ON RULES

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0516

PLEASE RESPOND TO:

☐ 102 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-3072
(202) 225-3336 (Fax)

☐ 635 NORTH FIRST STREET
SUITE B
SAN JOSE, CA 95112
(408) 271-8700
(408) 271-8713 (Fax)

☐ zoe.lofgren@mail.house.gov
www.house.gov/lofgren

April 10, 2007

Dr. Liang Zhang
1212 Pipe Dream Ct
San Jose, CA 95122-2615

Dear Dr. Zhang:

Recently, I received a reply from the Federal Bureau of Investigation (FBI) in response to our inquiry on your behalf concerning your name check clearance.

According to the FBI, a review of its Name Check Program database revealed that the request was received from the United States Citizenship and Immigration Services (USCIS) and processed on July 14, 2005 and is currently in a pending status.

The FBI explained that it processes millions of name check requests each year with each requiring thoughtful consideration. The FBI knows how important this information must be to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that its name check process be primarily focused on an accurate and thorough result. While an exact date for completion of review cannot be given, I have been assured that the results will be made available to the immigration authorities as quickly as possible.

Should you have further questions, the FBI has suggested that you refer to its FBI's internet site, www.fbi.gov. This site provides information on the name check process.

Please do not hesitate to call JoAnn Yamani, who has been assisting me with your case, if you find the information from the FBI is unclear. She can be reached at (408) 271-8700.

I am pleased that my office was able to make this inquiry on your behalf. Please do not hesitate to contact me again should you need assistance in the future on any other federal matter.

Sincerely,

Zoe Lofgren
Member of Congress

PRINTED ON RECYCLED PAPER