DR. Liang Zhang
851 Keith ln
Santa Clara, CA 95054
(408) 2358514 (Home)
(408) 4285378 (Work)
liang@vt.edu

FILED

2007 NOV 20 P 2:01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Dr. Liang Zhang

Plaintiff(s),

v. Michael Chertoff, ET AL,

Defendant(s).

No. C 07-5804 RS

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11-19-07

Signature

Counsel for  pro se
(Plaintiff, Defendant or indicate "pro se")