1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12 | LIANG ZHANG,                    )
                                     ) No. C 07-5804 RS
13 |         Plaintiff,               )
                                     )
14 |     v.                           ) **PARTIES' CONSENT TO MAGISTRATE**
                                     ) **JUDGE JURISDICTION**
15 | MICHAEL CHERTOFF, as Secretary of the )
Department of Homeland Security;     )
16 | EMILIO T. GONZALES, Director of U.S. )
Citizen and Immigration Services;    )
17 | ROBERT S. MUELLER, Director of      )
Federal Bureau of Investigation,     )
18 |                                  )
          Defendants.                )
19 |_____)

20    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

21 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

22 Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

23 final judgment.

24 ///

25 ///

26

27

28

Consent to Magistrate Jurisdiction
C07-5804 RS                                  1

| | | |
|---|---|---|
| 1 | Date: January 15, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | |         /s/ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: January 15, 2008 |         /s/<br>LIANG ZHANG<br>*Pro se* |

Consent to Magistrate Jurisdiction
C07-5804 RS                                        2