```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIANG ZHANG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, as Secretary of the Department of Homeland Security; EMILIO T. GONZALES, Director of U.S. Citizen and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 07-5804 RS <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

///

Stipulation to Dismiss
C07-5804 RS                                    1

| | | |
|---|---|---|
| 1 | Date: January 15, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |

Date: January 15, 2008         _____/s/_____
                               LIANG ZHANG
                               *Pro se*

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                               RICHARD SEEBORG
                               United States Magistrate Judge

Stipulation to Dismiss
C07-5804 RS                              2