1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143                *E-FILED 1/16/08*
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 LIANG ZHANG,                        )
                                       ) No. C 07-5804 RS
13              Plaintiff,             )
                                       )
14         v.                          ) **STIPULATION TO DISMISS AND**
                                       ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, as Secretary of the )
   Department of Homeland Security;    )
16 EMILIO T. GONZALES, Director of U.S. )
   Citizen and Immigration Services;   )
17 ROBERT S. MUELLER, Director of      )
   Federal Bureau of Investigation,    )
18                                     )
                Defendants.            )
19 _____   )

20     Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby

21 stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

22 of Plaintiff's adjustment of status application (Form I-485).

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27

28
   Stipulation to Dismiss
   C07-5804 RS                           1

| | | |
|---|---|---|
| 1 | Date: January 15, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 8 | Date: January 15, 2008 | _____/s/_____<br>LIANG ZHANG<br>*Pro se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 16, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

Stipulation to Dismiss
C07-5804 RS                                     2